UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| NATHANIEL GAINER | : | |
| Plaintiff(s) | : | Civil No. 13-7927(JBS/KMW) |
| vs. | : | |
| | : | **ORDER OF DISMISSAL** |
| GC SERVICES, LP | : | |
| Defendant(s) | : | |
| | : | |

-----------------------------------------------------

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this   28TH   day of   APRIL, 2014**

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.

                         s/ *JEROME B. SIMANDLE*
                         CHIEF UNITED STATES DISTRICT JUDGE

cc:   Hon. Jerome B. Simandle, Chief USDJ
      Hon. Karen M. Williams, USMJ